IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01394-REB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$89,700.00 IN UNITED STATES CURRENCY,

    Defendant.

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
## AND FINAL ORDER OF FORFEITURE

**Blackburn, J.**

This matter is before me on the United States' **Motion for Default and Final Order of Forfeiture** [#11], filed March 28, 2008. I have reviewed the motion and the record in this case, and I find as follows:

    1. That the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

    2. That all known interested parties have been provided an opportunity to respond and that publication has been effected as required by supplemental Rule G(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions;

    3. That after notice, a Claim [#8] was filed by Kassa Gugsa Tedla, but Tedla has not filed an answer within 20 days of filing a Claim, as required by the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions Rule G and 18

U.S.C. §983(a)(4);

4. That no answer has been filed in this case by anyone;

5. That default was entered by the Clerk on March 25, 2008 [#10];

6. That based on the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of the defendant property, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465;

7. That it further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881.

**NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED** as follows:

1. That the United States' **Motion for Default and Final Order of Forfeiture** [#11], filed March 28, 2008, is **GRANTED**;

2. That default judgment and forfeiture of the defendant $89,700.00 in United States currency, including all right, title, and interest **IS ENTERED** in favor of the United States;

3. That the United States shall have full and legal title to the defendant property and may dispose of said property in accordance with law;

4. That this Order Granting Motion for Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465; and

5. That, consistent with this order, **JUDGMENT SHALL ENTER** as to defendant $89,700.00 in United States currency.

Dated September 3, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**